IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
JOHN ANDERSON and ANTHONY      *
OLIVER,                        *
                               *
     Plaintiffs,               *
                               *
     v.                        *    CV 416-255
                               *
COX COMMUNICATIONS GEORGIA,    *
LLC; BERLIN-WHEELER, INC.;     *
TD BANK US HOLDING COMPANY;    *
PREMIER BANKCARD, LLC; TARGET  *
CORPORATION; and DOES 1 through*
20, inclusive,                 *
                               *
     Defendants.               *
```

**O R D E R**

Presently before the Court is Plaintiffs' notice of dismissal with prejudice in regards to Defendant Berlin-Wheeler, Inc. (Doc. 14.) Plaintiffs' notice was filed prior to Defendant Berlin-Wheeler, Inc. having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Defendant Berlin-Wheeler, Inc. is **DISMISSED WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA