IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN ANDERSON and ANTHONY OLIVER,

    Plaintiffs,

v.

TD BANK US HOLDING COMPANY; PREMIER BANKCARD, LLC; TARGET CORPORATION; and DOES 1 through 20, inclusive,

    Defendants.

CV 416-255

**O R D E R**

This matter is before the Court based upon Plaintiff Anderson's failure to timely respond to the Order to Show Cause entered January 9, 2017.[1] (See Doc. 21.) As noted in the Order to Show Cause, the only claims remaining in this case are Plaintiff Anderson's claims against Defendants Target Corporation, TD Bank US Holding Company, and Premier Bankcard, LLC. Because it was unclear whether Plaintiff Anderson intended to pursue these claims against the remaining Defendants, the

---

[1] On November 18, 2016, the Court entered an Order dismissing with prejudice Plaintiffs' claims against Defendant Berlin-Wheeler, Inc. (Doc. 15.) On December 19, 2016, the Court entered an Order dismissing without prejudice Plaintiff Anthony Oliver's claims against Defendants Target Corporation, TD Bank US Holding Company, and Premier Bankcard, LLC. (Doc. 19.) On January 9, 2017, the Court entered an Order dismissing with prejudice Plaintiffs' claims against Defendant Cox Communications Georgia, LLC. (Doc. 21.) On January 9, 2017, the Court entered an Order dismissing with prejudice Plaintiffs' claims against Defendant Cox Communications Georgia, LLC. (Doc. 21.) With the dismissal of Plaintiffs' claims against Defendant Cox Communications Georgia, LLC, all of Plaintiff Oliver's remaining claims in this case were dismissed. (Compare Compl., Doc. 1; with Docs. 15, 19, 21.)

Court ordered him to show cause – in a writing to be filed with the Clerk of this Court by no later than January 27, 2017 – as to why the Court should not: (a) dismiss with prejudice Plaintiff Anderson's claims against Defendants Target Corporation, TD Bank US Holding Company, and Premier Bankcard, LLC; and (b) close this case. (Id. at 2.) Plaintiff Anderson was explicitly warned that his "failure to file his . . . show cause memorandum within this time frame as directed may result in the dismissal of this action with prejudice without further notice." (Id.)

To date, Plaintiff Anderson has failed to: (a) file his response to the Order to Show Cause; (b) seek an extension of time to do so; or (c) otherwise communicate to the Court his intent to pursue this case. Accordingly, upon due consideration, **IT IS HEREBY ORDERED** that Plaintiff Anderson's claims against Defendants Target Corporation, TD Bank US Holding Company, and Premier Bankcard, LLC are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of February, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA