# United States District Court
## Southern District of Georgia

JOHN ANDERSON and ANTHONY OLIVER,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-255

TD BANK US HOLDING COMPANY; PREMIER BANKCARD, LLC; TARGET CORPORATION; and DOES 1 through 20, inclusive,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 14, 2017, Plaintiff Anderson's claims against Defendants Target Corporation, TD Bank US Holding Company, and Premier Bankcard, LLC are DISMISSED WITH PREJUDICE. This civil action stands CLOSED.



February 14, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk